**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA          §
                                  §
*versus*                          §          CASE NO. 1:05-CR-97
                                  §
GREGORY ADAM GEORGE               §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The parties do not object to the magistrate judge's recommendation. The defendant waived his right to object and his right to allocute and appear before sentence is imposed. The Court ORDERS that the findings of fact and recommendation on plea of true (#67) are ADOPTED and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court ORDERS the defendant to serve a term of twelve (12) months imprisonment with credit for time served in state custody on an unrelated charge. The Court therefore directs that the Jefferson County Jail be designated as a facility where the defendant can receive federal custody credit from the Bureau of Prisons (BOP). No additional supervised release is imposed.

SIGNED at Beaumont, Texas, this 7th day of February, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE